**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN JANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD, a Connecticut corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:26-cv-02301-SVK<br><br>(Magistrate Judge Susan van Keulen; Crtrm. 6 – 4th Floor, San Jose Courthouse)<br><br>**~~[PROPOSED]~~ ORDER ON STIPULATION TO DISMISS THE HARTFORD FINANCIAL SERVICES GROUP, INC.** |

**~~[PROPOSED]~~ ORDER**

Based upon the stipulation of the parties at Dkt. 25 and for good cause shown, IT IS HEREBY **ORDERED** that Defendant The Hartford Financial Services Group, Inc. is dismissed from this action without prejudice. Defendant The Hartford Financial Services Group Inc., shall bear its own attorney fees and costs in this action and all Parties shall bear their own attorneys' fees and costs directly related to the Stipulation.

**SO ORDERED.**

Dated: July 22, 2026

Susan van Keulen

MAGISTRATE JUDGE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE