**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN JANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD, a Connecticut corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:26-cv-02301-SVK<br><br>(Magistrate Judge Susan van Keulen; Crtrm. 6 – 4th Floor, San Jose Courthouse)<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>*[Filed Concurrently With Stipulation For Dismissal]* |

**~~[PROPOSED]~~ ORDER**

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 5:26-cv-02301-SVK, is hereby dismissed in its entirety as to all parties with prejudice. All dates set in this matter are hereby vacated and taken off calendar.

IT IS FURTHER ORDERED that each party shall bear their or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: November 20, 2026

Susan van Keulen

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE